## Bogue Hasty Drainage District *v.* Napenee Plantation Co.

### [78 South. 709, Division A.]

Appeal and Error. *Drains. Final decree.*

Under Laws 1912, chapter 196, and Laws 1914, chapter 270, relating to the creation of drainage districts, there is no right given to a drainage district to appeal from an order of a chancellor awarding payment of damages for land appropriated, nor is such an order a "final decree" from which an appeal will lie, within the meaning of Code 1906, section 33 (Hemingway's Code, section 8), and consequently appeals from such orders do not lie, in the absence of a statute providing therefor.

Appeal from the chancery court of Washington county.

Hon. E. N. Thomas, Chancellor.

Proceeding by the Bogue Hasty Drainage District against the Napenee Plantation Company. From an order of the chancellor awarding the latter damages, the former appeals, on motion by the plantation company the case was docketed and dismissed.

The facts are fully stated in the opinion of the court.

*Percy Bell* and *Thos. S. Owen,* for appellant.

*J. M. Cashin,* for appellee.

Smith, C. J., delivered the opinion of the court.

This is a motion to docket and dismiss, one of the grounds of which is that no appeal lies from the order of the chancellor complained of. Appellant hav-

ing appropriated for drainage purposes land owned by appellee, the drainage commissioners appraised the same and the damage resulting to appellee from the taking thereof as provided by section 1, c. 270, Laws of 1914 (section 4280 of Hemingway's Code), and reported that the taking of the land had resulted in no damage to appellee. Whereupon appellee interposed an objection to the appraisement, and on the hearing thereof by the chancellor an order was entered directing the commissioner to award appellee the sum of $1,636.70 as damages for the taking of its land, and from that order this appeal is taken. It is not and could not be successfully contended by appellant that it is given the right to appeal from the order complained of by any section of chapter 196, Laws of 1912, or chapter 270, Laws of 1914, under which this drainage district was created. Its contention is that the order appealed from is a final decree of a chancery court, within the meaning of section 33, Code of 1906 (section 8 of Hemingway's Code); but we are of the opinion that the orders made in the process of forming a drainage district are not decrees within the meaning of the statute referred to, and consequently that appeals therefrom do not lie, in the absence of a statute providing therefor.

*Motion sustained.*